IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. GREEN,

       Plaintiff,

vs.

A-METRO AUTO GLASS, INC., et al.,

       Defendants.

No. CIV S-07-1612 MCE EFB

ORDER

This case was referred to the undersigned pursuant to Local Rule 72-302(c)(19), for hearing on plaintiff's motion for entry of default judgment pursuant to Fed. R. Civ. P. 55(b)(2). Michael Herrick appeared on behalf of the plaintiff at the March 19, 2008, hearing. None of the defendants appeared.

For the reasons stated on the record at the hearing, the court denies plaintiff's motion without prejudice to refiling with affidavits and/or declarations that support the request for damages and award of attorneys' fees, as well as briefing on the factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986).

SO ORDERED.

DATED: April 7, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE